**Stephen L. Madkour**, OSB No. 941091
Clackamas County Counsel
smadkour@clackamas.us
**Shawn A. Lillegren**, OSB No. 033750
Clackamas County Counsel
slillegren@clackamas.us
**Kathleen J. Rastetter,** OSB No. 93114
Assistant County Counsel
kathleenras@clackamas.us
Office of Clackamas County Counsel
2051 Kaen Road
Oregon City, OR  97045-1819
Phone:  503-655-8362
Fax:  503-742-5397
**Of Attorneys for Defendant Clackamas County**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ANDREW ABRAHAM**,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**CLACKAMAS COUNTY** and **CORIZON HEALTH, INC.**,<br><br>　　　　　　Defendant. | Case No. 3:16-cv-01877-PK<br><br>STIPULATION OF VOLUNTARY DISMISSAL AS TO DEFENDANT CLACKAMAS COUNTY PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

**STIPULATION OF VOLUNTARY DISMISSAL AS TO DEFENDANT
CLACKAMAS COUNTY PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

　　It is hereby stipulated and agreed by and between plaintiff and defendant

Clackamas County and/or their respective counsel that the above-captioned action is

Page 1-　STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

CLACKAMAS COUNTY COUNSEL
2051 Kaen Road
Oregon City, OR  97045
Phone  503.655.8362
FAX  503.742.5397

voluntarily dismissed, with prejudice, and without fees or costs, against defendant Clackamas County pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).


s/ Daniel Snyder
Daniel Snyder, OSB No. 783856
Counsel for Plaintiff

Dated:    11/7/2016

s/ Shawn Lillegren
Shawn Lillegren, OSB No. 033750
Counsel for Defendant
Clackamas County

Dated:    11/7/2016

Page 2-    STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO
         F.R.C.P. 41(a)(1)(A)(ii)

CLACKAMAS COUNTY COUNSEL
2051 Kaen Road
Oregon City, OR  97045
Phone  503.655.8362
FAX  503.742.5397