IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANDREW ABRAHAM, on behalf of
himself, and for all others
similarly situated,

        Plaintiff,

v.

CORIZON HEALTH, INC.,

        Defendants.

3:16-cv-01877-PK

ORDER

**BROWN, Judge.**

Magistrate Judge Paul Papak issued Findings and Recommendation (#16) on April 10, 2017, in which he recommends this Court grant Defendant Corizon Health, Inc.'s Motion (#7) to Dismiss certain claims alleged by Plaintiff Andrew Abraham pursuant to Title II and Title III of the Americans with Disabilities Act (ADA), 42 U.S.C. § 12132, and Oregon Revised Statutes § 659A.142. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and

Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#16). Accordingly, the Court **GRANTS** Defendant Corizon Health's Motion (#7) to Dismiss and **DISMISSES with prejudice** Plaintiff's First Claim for Relief under Title II of the ADA, **DISMISSES without prejudice** Plaintiff's Third Claim for Relief under Title III of the ADA, and **DISMISSES without prejudice** Plaintiff's Fourth Claim for Relief under Oregon Revised Statute § 659A.142.

This matter is returned to the Magistrate Judge for further proceedings as appropriate.

IT IS SO ORDERED.

DATED this 28th day of April, 2017.

_____
ANNA J. BROWN
United States District Judge