IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ANDREW ABRAHAM,**

    Plaintiff,

v.

**CORIZON HEALTH, INC.,**

    Defendant.

No. 3:16-CV-01877-PK

OPINION AND ORDER

**MOSMAN, J.,**

On November 14, 2017, Magistrate Judge Paul Papak issued his Findings and Recommendation (F&R) [48], recommending that Defendant Corizon Health's Motion for Summary Judgment [24] should be granted. No objections were filed.

**DISCUSSION**

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See*

*Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Papak's recommendation and I ADOPT the F&R [48] as my own opinion. The Motion for Summary Judgment [24] is GRANTED.

IT IS SO ORDERED.

DATED this 7th day of December, 2017.

MICHAEL W. MOSMAN
Chief United States District Judge