IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANDREW ABRAHAM,
on behalf of himself, and for all others
similarly situated,

        Plaintiff,

    v.

CORIZON HEALTH, INC.,
*f/k/a* Prison Health Services, Inc.,

        Defendant.

Case No. 3:16-cv-01877-JR

JUDGMENT

MOSMAN, J.,

    Based upon the Order of the Court [80] adopting Judge Russo's Findings and Recommendation [76], it is ordered and adjudged that Plaintiff's Motion for Leave to File Amended Complaint [68] and Motion to Certify Question to Oregon Supreme Court [69] are DENIED. This case is DISMISSED without prejudice.

DATED this 5th day of December, 2019.

                                                     MICHAEL W. MOSMAN
                                                     Chief United States District Judge