# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: District of Oregon, Portland Division

U.S. District Court case number: 3:16-cv-01877-JR

Date case was first filed in U.S. District Court: 09/23/2016

Date of judgment or order you are appealing: 12/05/2019

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

- ⦿ Yes   ◯ No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Andrew Abraham

Is this a cross-appeal?  ◯ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ⦿ Yes   ◯ No

If Yes, what is the prior appeal case number? 17-36047

Your mailing address:

1000 S.W. Broadway, Suite 2400

City: Portland   State: OR   Zip Code: 97205

Prisoner Inmate or A Number (if applicable):

Signature: s/ Carl Post   Date: Dec 16, 2019

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1   Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
| |
|---|
| Andrew Abraham |

Name(s) of counsel (if any):
| |
|---|
| Carl Post, OSB No. 061058 |

Address: 1000 S.W. Broadway, Suite 2400, Portland, OR 97205

Telephone number(s): (503) 241-3617

Email(s): carlpost@lawofficesofdanielsnyder.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
| |
|---|
| Corizon Health Inc. |

Name(s) of counsel (if any):
| |
|---|
| Anne M. Talcott, OSB #965325<br>Richard K. Hansen, OSB #832231 |

Address: 1211 SW 5th Avenue, Suite 1900, Portland, OR 97204

Telephone number(s): 503-222-9981

Email(s): atalcott@schwabe.com; rhansen@schwabe.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                     1                                     *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Andrew Abraham

Name(s) of counsel (if any):

John Burgess, OSB No. 106498

Address: 1000 S.W. Broadway, Suite 2400, Portland, OR 97205

Telephone number(s): (503) 241-3617

Email(s): johnburgess@lawofficesofdanielsnyder.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ◯ No

**Appellees**

Name(s) of party/parties:

Corizon Health Inc.

Name(s) of counsel (if any):

Sara Kobak, OSB #023495
Jon Zunkel-deCoursey, OSB #165018

Address: 1211 SW 5th Avenue, Suite 1900, Portland, OR 97204

Telephone number(s): 503-222-9981

Email(s): skobak@schwabe.com; jzunkel-decoursey@schwabe.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*