UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 6 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ANDREW ABRAHAM, on behalf of himself, and for all others similarly situated,

Plaintiff-Appellant,

v.

CORIZON HEALTH, INC., FKA Prison Health Services, Inc.,

Defendant-Appellee.

No.    19-36077

D.C. No. 3:16-cv-01877-JR
District of Oregon,
Portland

ORDER

Before:  MILLER and BRESS, Circuit Judges, and BASTIAN,* District Judge.

The Court has received Defendant-Appellee Corizon Health, Inc.'s Suggestion of Bankruptcy and Notice of Automatic Stay (Dkt. No. 76). The hearing scheduled for April 27, 2023 is vacated. Appellate proceedings are stayed. *See* 11 U.S.C. § 362(a). On or before June 3, 2023, Corizon shall file a status report concerning the bankruptcy proceeding. The status report should include: the court and case number of the bankruptcy proceeding; parties to the appeal to whom the automatic stay applies; whether any party to the appeal has sought relief from the automatic stay; and projected termination date of the automatic stay, if known.

---

*    The Honorable Stanley A. Bastian, Chief United States District Judge for the Eastern District of Washington, sitting by designation.