UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 11 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANDREW ABRAHAM, on behalf of himself, and for all others similarly situated,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>CORIZON HEALTH, INC., FKA Prison Health Services, Inc.,<br><br>Defendant-Appellee. | No. 19-36077<br><br>D.C. No. 3:16-cv-01877-JR<br>District of Oregon,<br>Portland<br><br>ORDER |

Before:  MILLER and BRESS, Circuit Judges, and BASTIAN,[*] District Judge.

The parties' motion to voluntarily dismiss the appeal (Dkt. No. 84) is

GRANTED. *See* Fed. R. App. P. 42(b). Each party shall bear its own costs on

appeal. This order constitutes the mandate of this court.

---

[*]    The Honorable Stanley A. Bastian, Chief United States District Judge for the Eastern District of Washington, sitting by designation.